UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEUT SUPPORT SERVICES, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>STATIONARY ENGINEERS, LOCAL 39, et al.,<br><br>          Defendants. | Case No. 15-cv-03348-WHO<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 16 |

Plaintiff has filed a motion for preliminary injunction. Dkt. No. 16. It seeks an order either (a) enjoining defendants and "all other persons in active concert or participation with defendants" from proceeding with two arbitrations scheduled for September 21, 2015 and October 8, 2015; or (b) staying the two arbitrations pending the final resolution of this action. *Id.* at 1. To ensure that the motion can be decided before the date of the first arbitration, the hearing on the motion is moved to my law and motion calendar on September 16, 2015 at 2:00 p.m. The briefing schedule remains as currently set: responses are due by August, 31, 2015; the reply is due by September 8, 2015.

The parties are encouraged to meet and confer in advance of further briefing to attempt to resolve this procedural matter.

**IT IS SO ORDERED**.

Dated: August 18, 2015

_____
WILLIAM H. ORRICK
United States District Judge