LINDA BALDWIN JONES, Bar No. 178922
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  lbjones@unioncounsel.net
         tmainguy@unioncounsel.net

Attorneys for Defendants Stationary Engineers Local 39 Health and Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEUT FACILITIES SUPPORT SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STATIONARY ENGINEERS LOCAL 39, STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>Defendants. | No. 3:15-CV-03348-WHO<br><br>**NOTICE OF TENTATIVE SETTLEMENT; STIPULATION AND REQUEST TO STAY PROCEEDINGS, ENLARGE TIME FOR FILING A RESPONSE TO COMPLAINT AND VACATE CASE MANAGEMENT CONFERENCE; ORDER** |

Plaintiff Aleut Facilities Support Services, LLC ("Plaintiff"); Defendants Stationary Engineers Local 39 Health and Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund (hereinafter collectively "Defendants Trust Funds") and Defendant Stationary Engineers Local 39 ("Defendant Union"), by and through their respective counsel of record, hereby notify the Court that Plaintiff and Defendants Union and Trust Funds have reached a tentative settlement in the above-captioned case which is contingent upon further settlement discussions, scheduled to occur within the next sixty (60) days.  The Plaintiff and Defendants Trust Funds continued their arbitration hearing to

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

Notice of Settlement and Stipulation to Stay Proceedings; Order Thereon
Case No.  3:15-CV-03348-WHO

1  December 1, 2015.  Likewise, the Union and Plaintiff agreed to continue their arbitration before

2  Arbitrator Brogan to February 22, 2016.

3       In light of the above, all Parties stipulate to stay the above-captioned matter for ninety

4  (90) days to further discuss and finalize their respective settlement agreements.  All Parties

5  therefore respectfully request that the Court stay this matter for ninety (90) days until December

6  24, 2015.  Additionally, all Parties stipulate and respectfully request that:  the due date for

7  Defendants Trust Funds to respond to the Complaint be December 28, 2015; the due date for

8  Defendant Union to respond to the Complaint be January 11, 2016; and the Case Management

9  Conference currently scheduled for November 3, 2015 be taken off the Court's calendar.

10 Dated: September 25, 2015

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Linda Baldwin Jones*
   LINDA BALDWIN JONES
   Attorneys for Defendants
   Stationary Engineers Local 39 Health and
   Welfare Trust Fund, Stationary Engineers
   Local 39 Pension Trust Fund and Stationary
   Engineers Local 39 Annuity Trust Fund

I hereby attest that I have on file all
holographic signatures corresponding to any
signatures indicated by a conformed
signature (/S/) within this e-filed document.

Dated: September 25, 2015

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Antonio Ruiz*
   ANTONIO RUIZ
   Attorneys for Defendant
   Stationary Engineers Local 39

Dated: September 25, 2015

LITTLER MENDELSON
A Professional Corporation

By: /s/ *Richard N. Hill*
   RICHARD N. HILL
   Attorneys for Plaintiff
   Aleut Facilities Support Services, LLC

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Notice of Settlement and Stipulation to Stay Proceedings; Order Thereon
Case No.  3:15-CV-03348-WHO

# ORDER

The Court has been notified that the that Plaintiff and Defendants Union and Trust Funds have reached a tentative settlement in the above-captioned case which is contingent upon further settlement discussions, scheduled to occur within the next sixty (60) days. In light of the prospect of settlement and based upon the Stipulation of all Parties, the Court stays the above-captioned matter for a period of ninety (90) days until December 24, 2015 to allow the parties to formalize their settlement. Additionally, the time for Defendants Trust Funds to respond to the Complaint in this matter is enlarged from September 29, 2015 until December 28, 2015; the time for Defendant Union to respond to the Complaint in this matter is enlarged from October 13, 2015 until January 11, 2016; and the Case Management Conference currently scheduled for November 3, 2015 at 2:00 p.m. **shall be continued until January 19, 2016 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: September 28, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Court Judge

139113\831509

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

Notice of Settlement and Stipulation to Stay Proceedings; Order Thereon
Case No.  3:15-CV-03348-WHO