LINDA BALDWIN JONES, Bar No. 178922
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  lbjones@unioncounsel.net
         tmainguy@unioncounsel.net

Attorneys for Defendants Stationary Engineers Local 39 Health and Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEUT FACILITIES SUPPORT SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STATIONARY ENGINEERS LOCAL 39, STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>Defendants. | No. 3:15-CV-03348-WHO<br><br>**STIPULATION AND REQUEST TO FURTHER STAY PROCEEDINGS, ENLARGE TIME FOR FILING A RESPONSE TO COMPLAINT AND VACATE CASE MANAGEMENT CONFERENCE; ORDER** |

Plaintiff Aleut Facilities Support Services, LLC ("Plaintiff"); Defendants Stationary Engineers Local 39 Health and Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund (hereinafter collectively "Defendants Trust Funds") and Defendant Stationary Engineers Local 39 ("Defendant Union"), by and through their respective counsel of record, notified the Court on September 25, 2015 that Plaintiff and Defendants Union and Trust Funds have reached a tentative settlement in the above-captioned case which is contingent upon further settlement discussions, scheduled to occur within the next sixty (60) days.  Plaintiff and Defendants Trust Funds continued their arbitration hearing

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

Stipulation and Request to Further Stay Proceedings; Order
Case No.  3:15-CV-03348-WHO

1  to December 1, 2015 and Plaintiff and Defendant Union continued their arbitration hearing to

2  February 22, 2015.

3      While the Parties were in the process of trying to engage in further settlement discussions,

4  said discussions have been delayed as a result of unfortunate personal matters of one of the key

5  representatives required for the settlement discussions to progress.  In light of the foregoing,

6  Plaintiff and Defendant Trust Funds agreed to reschedule their December 1, 2015 arbitration to

7  February 17, 2016.

8      In light of the above, all Parties stipulate to stay the above-captioned matter for an

9  additional sixty six (66) days to allow the Parties time to further discuss and finalize their

10 respective settlement agreements.  All Parties therefore respectfully request that the Court stay

11 this matter for an additional sixty six (66) days until February 29, 2016.  Additionally, all Parties

12 stipulate and respectfully request that:  the due date for Defendants Trust Funds to respond to the

13 Complaint be March 11, 2016; the due date for Defendant Union to respond to the Complaint be

14 March 11, 2016; and the Case Management Conference currently scheduled for January 19, 2016

15 at 2:00 p.m. be taken off the Court's calendar and rescheduled for a later date.

17 Dated: November 19, 2015

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

    By: /s/ *Linda Baldwin Jones*
        LINDA BALDWIN JONES
        Attorneys for Defendants
        Stationary Engineers Local 39 Health and
        Welfare Trust Fund, Stationary Engineers
        Local 39 Pension Trust Fund and Stationary
        Engineers Local 39 Annuity Trust Fund

        I hereby attest that I have on file all
        holographic signatures corresponding to any
        signatures indicated by a conformed
        signature (/s/) within this e-filed document.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Stipulation and Request to Further Stay Proceedings; Order
Case No.  3:15-CV-03348-WHO

Dated: November 19, 2015

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Kristina Hillman*
   KRISTINA HILLMAN
   Attorneys for Defendant
   Stationary Engineers Local 39

Dated: November 19, 2015

LITTLER MENDELSON
A Professional Corporation

By: /s/ *Richard N. Hill*
   RICHARD N. HILL
   Attorneys for Plaintiff
   Aleut Facilities Support Services, LLC

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

Stipulation and Request to Further Stay Proceedings; Order
Case No. 3:15-CV-03348-WHO

## ORDER

The Court has been notified that the that Plaintiff and Defendants Union and Trust Funds have reached a tentative settlement in the above-captioned case which is contingent upon further settlement discussions, which have been delayed as a result of unfortunate personal matters of one of the Parties' key representatives required for the settlement discussions to progress.  In light of the prospect of settlement and based upon the Stipulation of all Parties, the Court stays the above-captioned matter for a period of sixty six (66) days until February 29, 2016 to allow the Parties to formalize their settlement.  Additionally, the time for Defendants Trust Funds to respond to the Complaint in this matter is enlarged from December 28, 2015 to March 11, 2016; the time for Defendant Union to respond to the Complaint in this matter is enlarged from January 11, 2016 to March 11, 2016; and the Case Management Conference currently scheduled for January 19, 2016 at 2:00 p.m. is removed from the Court's calendar and will be reset by the Court upon expiration of the stay to the extent the Parties have not finalized their respective settlement agreements.

**IT IS SO ORDERED.**

Dated: November 19, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Court Judge

139113\836771

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001