1  LINDA BALDWIN JONES, Bar No. 178922
   TRACY L. MAINGUY, Bar No. 176928
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
4  Telephone  (510) 337-1001
   Fax  (510) 337-1023
5  E-Mail:  lbjones@unioncounsel.net
            tmainguy@unioncounsel.net
6
   Attorneys for Defendants Stationary Engineers Local 39 Health and
7  Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust
   Fund and Stationary Engineers Local 39 Annuity Trust Fund
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEUT FACILITIES SUPPORT SERVICES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>STATIONARY ENGINEERS LOCAL 39, STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>   Defendants. | No. 3:15-CV-03348-WHO<br><br>**STIPULATION AND REQUEST TO FURTHER STAY PROCEEDINGS; CASE MANAGEMENT CONFERENCE; ORDER** |
|---|---|

Plaintiff Aleut Facilities Support Services, LLC ("Plaintiff"); Defendants Stationary Engineers Local 39 Health and Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund (hereinafter collectively "Defendants Trust Funds") and Defendant Stationary Engineers Local 39 ("Defendant Union"), by and through their respective counsel of record, notified the Court on November 19, 2015 that the parties were in the process of trying to engage in further settlement discussions.  The Parties have engaged in further settlement discussion and are in the process of finalizing the settlement agreements.

In light of the above, all Parties stipulate to stay the above-captioned matter for an additional forty seven (47) days to allow the Parties time to finalize their respective settlement agreements and thereafter dismiss the action.  All Parties therefore respectfully request that the Court stay this matter for an additional forty seven (47) days**.**  Parties stipulate and respectfully request that:  the due date for Defendants Trust Funds to respond to the Complaint be April 27, 2016; the due date for Defendant Union to respond to the Complaint be April 27, 2016; and that the Court, upon expiration of the stay to extent the Parties have not finalized their respective settlement agreements, reset the Case Management Conference

Dated: March 11, 2016

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

By:  /s/ *Linda Baldwin Jones*
      LINDA BALDWIN JONES
      Attorneys for Defendants
      Stationary Engineers Local 39 Health and Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: March 11, 2016

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

By:  /s/ *Linda Baldwin Jones*
      KRISTINA HILLMAN
      Attorneys for Defendant
      Stationary Engineers Local 39

Dated: March 11, 2016

        LITTLER MENDELSON
        A Professional Corporation

By:  /s/ *Richard N. Hill*
      RICHARD N. HILL
      Attorneys for Plaintiff
      Aleut Facilities Support Services, LLC

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Stipulation and Request to Further Stay Proceedings; Case Management Conference; Order
Case No.  3:15-CV-03348-WHO

## ORDER

The Court has been notified that the Plaintiff and Defendants Union and Trust Funds are in the process of finalizing the settlement and settlement agreements in the above-captioned matter.  In light of the prospect of settlement and based upon the Stipulation of all Parties, the Court stays the above-captioned matter for a period of forty five (47) days until April 27, 2016 to allow the Parties to formalize their settlement.  Additionally, the time for Defendants Trust Funds to respond to the Complaint in this matter is enlarged from March 11, 2016 to April 27, 2016; the time for Defendant Union to respond to the Complaint in this matter is enlarged from March 11, 2016 to April 27, 2016; and the Case Management Conference **is rescheduled to May 10, 2016. A Joint Case Management Statement is due May 3, 2016.  This is the final continuance that the Court will grant concerning the filing of the pleadings and the Case Management Conference.**

**IT IS SO ORDERED.**

Dated: March 16, 2016

_____
HONORABLE WILLIAM H. ORRICK
United States District Court Judge

139113\854409