LINDA BALDWIN JONES, Bar No. 178922
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: lbjones@unioncounsel.net
tmainguy@unioncounsel.net

Attorneys for Defendants STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEUT FACILITIES SUPPORT SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STATIONARY ENGINEERS LOCAL 39, STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>Defendants. | No. 3:15-CV-03348-WHO<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Judge:   Hon. William H. Orrick |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

NOTICE OF SETTLEMENT; STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER
Case No. 3:15-CV-03348-WHO

1   Plaintiff ALEUT FACILITIES SUPPORT SERVICES, LLC ("Plaintiff"), Defendants STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND (hereinafter collectively "Defendants Trust Funds") and Defendant STATIONARY ENGINEERS LOCAL 39 ("Defendant Union"), by and through their respective counsel of record, hereby notify the Court that Plaintiff, Defendants Trust Funds, and Defendant Union have settled the above-captioned case and have agreed that the above-captioned matter be dismissed with prejudice.

All Parties therefore respectfully request that the Court enter an Order dismissing the matter with prejudice and retain jurisdiction over the matter for a period of sixty days to enforce the terms of settlement.

Dated:  April 27, 2016            WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation

                         By:      /s/ *Linda Baldwin Jones*
                                  LINDA BALDWIN JONES
                                  Attorneys for Defendants
                                  Stationary Engineers Local 39 Health and Welfare Trust Fund, Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund


Dated:  May ___, 2016             WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation

                         By:      _____
                                   ANTONIO RUIZ
                                   Attorneys for Defendant
                                   Stationary Engineers Local 39

Dated:  May ___, 2016             LITTLER MENDELSON
                                  A Professional Corporation

                         By:      _____
                                  RICHARD N. HILL
                                  Attorneys for Plaintiff
                                  Aleut Facilities Support Services, LLC

139113\860934

---

NOTICE OF SETTLEMENT; STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER
Case No. 3:15-CV-03348-WHO

1

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

## **ORDER**

The Court has been notified that the Parties have settled the above-captioned case and have agreed that the above-captioned matter be dismissed with prejudice.  Based upon such Stipulation, the Court dismisses the above-captioned matter with prejudice and retains jurisdiction to enforce the parties' Settlement Agreement for a period of sixty days from the day of this Order.

**IT IS SO ORDERED.**

Dated: April 29, 2016



HONORABLE WILLIAM H. ORRICK
United States District Court Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS; ORDER THEREON
Case No. 3:15-CV-03348-WHO